UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT C. DEE,                                       :    **INDEX NO.: 08 CIV 3493**

                        Plaintiff,          :

   -against-                                           :    **Rule 7.1 Statement**

METROPOLITAN TRANSPORTATION AUTHORITY     :    **Judge Buchwald**
and CENTENNIAL ELEVATOR INDUSTRIES, INC.,

                        Defendants.         :

------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for METROPOLITAN TRANSPORTATION AUTHORITY, a public, domestic government authority, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       June 26, 2008

                                              Yours etc.,

                             By:   _____
                                      Andrew C. Wiener (AW 2446)
                                      WEINER, MILLO & MORGAN, LLC
                                      Attorneys for Defendant
                                      **METROPOLITAN TRANSPORTATION AUTHORITY**
                                      220 Fifth Avenue, 10th Floor
                                      New York, NY 10001
                                      (212) 213-1220
                                      WMM File No.: 393-020

TO:   NEIMARK & NEIMARK, LLP
       Attorneys for Plaintiff
       37 Congers Road
       New City, New York 10956-5135
       (845) 638-3012
       Your File No.: W-334

       Attn: Ira H. Lapp, Esq. (IL-4227)

FAUST, GOETZ, SCHENKER & BLEE, LLP
Attorneys for Defendant
CENTENNIAL ELEVATOR INDUSTRIES, INC.
Two Rector Street
New York, NY 10006
(212) 363-6900

Attn: Marisa Goetz