UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROBERT C. DEE, : **INDEX NO.: 08 CIV 3493**

                    Plaintiff, :

                                **INTERROGATORIES**

-against- :

                          : **Judge Buchwald**

METROPOLITAN TRANSPORTATION AUTHORITY
and CENTENNIAL ELEVATOR INDUSTRIES, INC., :

                    Defendants. :
-----------------------------------------------------------------------X

        Pursuant to Rule 33 of Federal Rules of Civil Procedure defendant requests the plaintiff to answer the following interrogatories within thirty (30) days:

    1.    Set forth the computation of each category of damages alleged by the plaintiff including any past and future lost earnings, past and future medical expenses and diminution of future earning capacity;

    2.    Set forth the names and addresses of all eye witnesses and notice witnesses to the alleged incident.

Dated: New York, New York
       June 26, 2008

                                                 Yours etc.,

                             By:  _____
                                      Andrew C. Wiener (ACW 2446)
                                      WEINER, MILLO & MORGAN, LLC
                                      Attorneys for Defendant
                                      **METROPOLITAN**
                                      **TRANSPORTATION**
                                      **AUTHORITY**
                                      220 Fifth Avenue, 10th Floor
                                      New York, NY 10001
                                      (212) 213-1220
                                      WMM File No.: 393-020

TO: NEIMARK & NEIMARK, LLP
Attorneys for Plaintiff
37 Congers Road
New City, New York 10956-5135
(845) 638-3012
Your File No.: W-334

Attn: Ira H. Lapp, Esq. (IL-4227)

FAUST, GOETZ, SCHENKER & BLEE, LLP
Attorneys for Defendant
CENTENNIAL ELEVATOR INDUSTRIES, INC.
Two Rector Street
New York, NY 10006
(212) 363-6900

Attn: Marisa Goetz