MAY.27'2008 17:03 8456383093   NEIMARK & NEIMARK LLP   #7523 P.002/002
Case 1:08-cv-03493-NRB   Document 5   Filed 06/26/2008   Page 1 of 1

05/27/2008 16:30   2128895228                                                    PAGE 02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ROBERT C. DEE,                                              : INDEX NO.: 08 CIV 3493

                                    Plaintiff,     :
                                                        : **STIPULATION EXTENDING**
   -against-                                                 : **TIME TO ANSWER**

METROPOLITAN TRANSPORTATION AUTHORITY   :
and CENTENNIAL ELEVATOR INDUSTRIES, INC.,
                                                    :
                                  Defendants.     :
----------------------------------------------------------------- X

    **IT IS HEREBY STIPULATED** that the time for the Defendant, METROPOLITAN TRANSPORTATION AUTHORITY, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 30th day of June, 2008.

Dated: New York, New York
        May 27, 2008

_____   _____
WEINER, MILLO & MORGAN, LLC (AW 2446)   Ira H. Lapp, Esq. (IL 4227)
Attorneys for Defendant METROPOLITAN   NEIMARK & NEIMARK, LLP
TRANSPORTATION AUTHORITY   Attorneys for Plaintiff
220 Fifth Avenue, 10th floor   37 Congers Road
New York, NY 10001   New City, New York 10956-5135
(P)(212) 213-1220   (P)(845) 638-3012
(F)(212) 889-5228   (F)(845) 638-3093

So Ordered:

_____
Hon. Judge Buchwald