MAY.27'2008 17:03 8456383093                NEIMARK & NEIMARK LLP                #1523 P.002/002

05/27/2008  16:30   2128895228                                                    PAGE  02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT C. DEE,                                      : INDEX NO.: 08 CIV 3493
                            Plaintiff,              :
                                                    : STIPULATION EXTENDING
        -against-                                   : TIME TO ANSWER

METROPOLITAN TRANSPORTATION AUTHORITY               :
and CENTENNIAL ELEVATOR INDUSTRIES, INC.,
                                                    :
                            Defendants.             :
------------------------------------------------------------- X

    IT IS HEREBY STIPULATED that the time for the Defendant, METROPOLITAN

TRANSPORTATION AUTHORITY, to appear and to answer, amend or supplement the answer

as of course or to make any motion with relation to the summons or to the complaint in this action,

be and the same hereby is extended to and including the 30th day of June, 2008.

Dated: New York, New York
       May 27, 2008

_____        _____
WEINER, MILLO & MORGAN, LLC (AW 2446)         Ira H. Lapp, Esq. (IL 4227)
Attorneys for Defendant METROPOLITAN          NEIMARK & NEIMARK, LLP
TRANSPORTATION AUTHORITY                      Attorneys for Plaintiff
220 Fifth Avenue, 10th floor                  37 Congers Road
New York, NY 10001                            New City, New York 10956-5135
(P)(212) 213-1220                             (P)(845) 638-3012
(F)(212) 889-5228                             (F)(845) 638-3093

So Ordered:

_____
Hon. Judge Buchwald
                          7/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08