UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

ROBERT C. DEE,

                              Plaintiff,          **VERIFIED ANSWER**

        -against-

                                                  **Index No.: 08 CIV 3493**
METROPOLITAN TRANSPORTATION AUTHORITY   **(J. McMahon)**
and CENTENNIAL ELEVATOR INDUSTRIES INC.,

                              Defendants.
————————————————————————————X

Defendant, CENTENNIAL ELEVATOR INDUSTRIES INC., by its attorneys

FAUST GOETZ SCHENKER & BLEE, as and for its answer to the plaintiff's

complaint, respectfully alleges:

 1. Denies each and every allegation set forth in the paragraphs numbered 1,

2, 3, 8, 13, and 14 and leaves all matters of law to the Honorable Court.

 2. Denies knowledge and information sufficient to form a belief as to those

allegations set forth in the paragraphs numbered 4, 5, 6, 7, 9, 10, 11, 12, 17, 18, 19, 20,

21, 22, 23, 24, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 49, and 51.

 3. Admits each and every allegation set forth in the paragraph numbered

15.

 4. Denies each and every allegation set forth in the paragraphs numbered

16, 25, 26, 27, 28, 29, 30, 31, 32, 34, 44, 45, 46, 47, 48, 50, 52, 53, 54, and 55.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

 5. Pursuant to the Federal Rules of Civil Procedure, the liability of

defendant, CENTENNIAL ELEVATOR INDUSTRIES INC., to the plaintiff herein for

non-economic loss is limited to defendant's, CENTENNIAL ELEVATOR

INDUSTRIES INC., equitable share determined in accordance with the relative culpability of each person causing or contributing to the total liability for non-economic loss.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6.    Plaintiff(s) have recovered the costs of medical care, dental care, custodial care, rehabilitation services, loss of earnings and other economical loss and any future such loss or expense will, with reasonable certainty, be replaced or indemnified in whole or in part from collateral sources. Any award made to plaintiff(s) shall be reduced in accordance with the provisions of Federal Rules of Civil Procedure.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

7.    Any damages sustained by the plaintiff(s) were caused by the culpable conduct of the plaintiff(s), including contributory negligence, assumption of risks, breach of contract and not by the culpable conduct or negligence of this answering defendant. But if a verdict of judgment is awarded to the plaintiff(s), then and in that event the damages shall be reduced in the proportion which the culpable conduct attributable to the plaintiff(s) bears to the culpable conduct which caused the damages.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

8.    The complaint fails to state a claim.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

9.    Whatever injuries and/or damages sustained by the plaintiff at the time and place alleged in the complaint, were due to the acts of parties over whom the defendant was not obligated to exercise any control or supervision.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

10.    Plaintiff failed to mitigate damages.

## AS AND FOR A CROSS-CLAIM AGAINST CO-DEFENDANT
## METROPOLITAN TRANSPORTATION AUTHORITY

11.    That if plaintiff was caused to sustain damages by reason of the claims set forth in the complaint, all of which are specifically denied, such damages were sustained by reason of the acts, conduct, misfeasance or nonfeasance, of co-defendant, METROPOLITAN TRANSPORTATION AUTHORITY, its agents, servants and/or employees, and not by this answering defendant, and if any judgment is recovered by plaintiff against this answering defendant, such defendant will be damaged thereby, and co-defendant METROPOLITAN TRANSPORTATIOIN AUTHORITY is or will be responsible therefore in whole or in part.

WHEREFORE, defendant CENTENNIAL ELEVATOR INDUSTRIES INC. demands judgment dismissing the complaint herein together with the costs and disbursements of this action.

Dated: New York, New York
   July 9, 2008

Yours, etc.

FAUST GOETZ SCHENKER & BLEE
By:  Marisa Goetz (MG 6582)
Attorneys for Defendant
CENTENNIAL ELEVATOR
INDUSTRIES INC.
Two Rector Street, 20th Floor
New York, New York 10006
(212) 363-6900
Our File No.:  9322-BRAC

TO:

IRA H. LAPP, ESQ.
NEIMARK & NEIMARK LLP
Attorneys for Plaintiff
37 Congers Road
New City, New York 10956-5135
(845) 638-3012
(845) 638-3093-fax
File No.: W-334

Andrew Wiener
WEINER MILO & MORGAN
Attorneys for Defendant MTA
220 Fifth Ave., 10th Floor
New York, New York 10001
212-213-1220
212-889-5228-fax
File No.: 393020

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK   )

MARISA GOETZ, being duly sworn, deposes and says:

That she is the attorney for the defendant CENTENNIAL ELEVATOR INDUSTRIES INC. in the within action; that she has read the within Answer and knows the contents thereof, and that same is true to her own knowledge, except and to the matters herein stated to be alleged upon information and belief, and that as to those matters she believes it to be true.

That the sources of her information and knowledge are investigation and records on file.

That the reason this verification is being made by deponent and not by defendant CENTENNIAL ELEVATOR INDUSTRIES INC. is that the defendant is not within the county where deponent has her office.

MARISA GOETZ

Sworn to before me this
9th day of July, 2008.

Notary Public

MILAGROS BERRIOS
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BE6118508
Qualified in Queens County
Commission Expires Nov. 08, 20 08

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK    )

Elizabeth Santos, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Perth Amboy, New Jersey.

That on July 9, 2008, deponent served the within Verified Answer upon the attorneys and parties listed below by United States prepaid mail and via facsimile within the State of New York:

TO:    IRA H. LAPP, ESQ.
       NEIMARK & NEIMARK LLP
       Attorneys for Plaintiff
       37 Congers Road
       New City, New York 10956-5135
       (845) 638-3012
       (845) 638-3093-fax
       File No.: W-334

       Andrew Wiener
       WEINER MILO & MORGAN
       Attorneys for Defendant MTA
       220 Fifth Ave., 10th Floor
       New York, New York 10001
       212-213-1220
       212-889-5228-fax
       File No.: 393020

                                            Elizabeth Santos

Sworn to before me this
9th day of July, 2008.

Notary Public

       MARISA GOETZ
NOTARY PUBLIC STATE OF NY
     NO. 02GO6121680
 QUALIFIED IN NY COUNTY
COMMISSION EXPIRES 20__