UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────X
ROBERT C. DEE,

                            Plaintiff,           **RULE 7.1**
                                                            **STATEMENT**

   -against-

                                                            **Index No.: 08 CIV 3493**
METROPOLITAN TRANSPORTATION AUTHORITY             **(NRB)**
and CENTENNIAL ELEVATOR INDUSTRIES INC.,

                            Defendants.
─────────────────────────────────X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant CENTENNIAL ELEVATOR INDUSTRIES INC. certifies that it does not have any corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
        July 14, 2008

                                                    Yours, etc.

                                                    _____
                                                    FAUST GOETZ SCHENKER & BLEE
                                                    By:  Marisa Goetz (MG 6582)
                                                    Attorneys for Defendant
                                                    CENTENNIAL ELEVATOR
                                                    INDUSTRIES INC.
                                                    Two Rector Street, 20th Floor
                                                    New York, New York 10006
                                                    (212) 363-6900
                                                    Our File No.:  9322-BRAC

TO:

IRA H. LAPP, ESQ.
NEIMARK & NEIMARK LLP
Attorneys for Plaintiff
37 Congers Road
New City, New York 10956-5135
(845) 638-3012
(845) 638-3093-fax
File No.: W-334

Andrew Wiener
WEINER MILO & MORGAN
Attorneys for Defendant MTA
220 Fifth Ave., 10th Floor
New York, New York 10001
212-213-1220
212-889-5228-fax
File No.: 393020

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Elizabeth Santos, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Perth Amboy, New Jersey.

That on July 14, 2008, deponent served the within Rule 7.1 Statement upon the attorneys and parties listed below by United States prepaid mail within the State of New York:

TO:   IRA H. LAPP, ESQ.
NEIMARK & NEIMARK LLP
Attorneys for Plaintiff
37 Congers Road
New City, New York 10956-5135
(845) 638-3012
(845) 638-3093-fax
File No.: W-334

Andrew Wiener
WEINER MILO & MORGAN
Attorneys for Defendant MTA
220 Fifth Ave., 10th Floor
New York, New York 10001
212-213-1220
212-889-5228-fax
File No.: 393020

_____
Elizabeth Santos

Sworn to before me this
14th day of July, 2008.

_____
Notary Public

MARISA GOETZ
NOTARY PUBLIC STATE OF NY
NO 02G06121680
QUALIFIED IN NY COUNTY
COMMISSION EXPIRES 20__