UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ROBERT C. DEE,

                                      Plaintiff,           **NOTICE OF EXAMINATION BEFORE TRIAL**

    -against-

                                                    **Index No.: 08 CIV 3493 (NRB)**

METROPOLITAN TRANSPORTATION AUTHORITY
and CENTENNIAL ELEVATOR INDUSTRIES INC.,

                                    Defendants.
--------------------------------------------------------------X

S I R S :

    PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, the testimony, upon oral examination, **of all adverse parties** will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the offices of FAUST GOETZ SCHENKER & BLEE, Two Rector Street, 20th Floor, New York, New York 10006, on the **24th day of September, 2008** at 9:30 in the morning of that day with respect to the evidence material and necessary in the defense of this action.

    That the said person to be examined is required to produce at such examination the following: books, records and papers pertaining to the above action.

Dated: New York, New York
           July 14, 2008

Yours, etc.

*Marisa Goetz*
FAUST GOETZ SCHENKER & BLEE
By: Marisa Goetz (MG 6582)
Attorneys for Defendant
CENTENNIAL ELEVATOR
INDUSTRIES INC.
Two Rector Street, 20th Floor
New York, New York 10006
(212) 363-6900
Our File No.: 9322-BRAC

TO:

IRA H. LAPP, ESQ.
NEIMARK & NEIMARK LLP
Attorneys for Plaintiff
37 Congers Road
New City, New York 10956-5135
(845) 638-3012
(845) 638-3093-fax
File No.: W-334

Andrew Wiener
WEINER MILO & MORGAN
Attorneys for Defendant MTA
220 Fifth Ave., 10th Floor
New York, New York 10001
212-213-1220
212-889-5228-fax
File No.: 393020

STATE OF NEW YORK      )
                                  ) ss:
COUNTY OF NEW YORK  )

Elizabeth Santos, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Perth Amboy, New Jersey.

That on July 14, 2008, deponent served the within Notice of Examination Before Trial upon the attorneys and parties listed below by United States prepaid mail within the State of New York:

TO:    IRA H. LAPP, ESQ.
        NEIMARK & NEIMARK LLP
        Attorneys for Plaintiff
        37 Congers Road
        New City, New York 10956-5135
        (845) 638-3012
        (845) 638-3093-fax
        File No.: W-334

        Andrew Wiener
        WEINER MILO & MORGAN
        Attorneys for Defendant MTA
        220 Fifth Ave., 10th Floor
        New York, New York 10001
        212-213-1220
        212-889-5228-fax
        File No.: 393020

                                                      _____
                                                      Elizabeth Santos

Sworn to before me this
14th day of July, 2008.

_____
Notary Public

            MARISA GOETZ
    NOTARY PUBLIC STATE OF NY
        NO 02GO6121680
     QUALIFIED IN NY COUNTY
     COMMISSION EXPIRES 20__